———<o-o>———

STATE OF MISSOURI, Appellant, *v.* WM. SMITH, Respondent.

*Appeal.*—Dismissed for want of assignment of errors.

### *Appeal from Daviess Circuit Court.*

It appearing from the record in this cause that the appel-

lant has failed to appear and file her assignment of errors herein, and no sufficient cause for such failure being shown, the motion of the respondent to dismiss is sustained. The other judges concur.